JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SACV 15-00440-JLS (DFM) |
|---|---|
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| $36,559 IN U.S. CURRENCY | |
| Defendant. | |
| URSULA ESPARZA MARTINEZ | |
| Claimant. | |

This action was filed on March 18, 2015 against the defendant $36,559.00 in U.S. Currency ("defendant currency"). George Martinez, from whom the defendant currency was seized, is deceased. His wife, Ursula Esparza Martinez, claims an interest in the defendant currency. Ursula Esparza Martinez filed a claim and an answer to the complaint. No person other than George Martinez or Ursula Esparza Martinez is believed to have an interest in the defendant currency. No other claims or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and Ursula Esparza Martinez have reached an agreement that is dispositive of the action, and have requested that this consent judgment

be entered.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Ursula Esparza Martinez.

      WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.    The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 841(a)(1)(C) and 21 U.S.C. § 881(a)(6).

C.    Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Ursula Esparza Martinez are deemed to have admitted the allegations of the Complaint.  The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

D.    All right, title and interest in $19,818.00 of the defendant currency shall be forfeited to the United States of America.  The government shall dispose of the defendant currency according to law.

E.    $16,471.00 of the defendant currency, without interest, shall be returned to the Ursula Esparza Martinez.

F.    The funds to be returned to Ursula Esparza Martinez shall, at the government's option, be returned by either check or wire transfer within 60 days of the date this Judgment is entered.  If the United States elects to make the payment by check, the check will be payable to "The Law Offices of Paul L. Gabbert client trust account," and mailed to Ursula Esparza Martinez, in care of her attorney, Paul L. Gabbert, Esq., 2115 Main Street, Santa Monica, California 90405.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to a bank account designated by Ursula Esparza Martinez.  Ursula Esparza Martinez agrees to provide the necessary bank account information and personal identifiers upon request from the United States.

G.    Ursula Esparza Martinez has released the United States of America, its

agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigations, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

H. The Court finds that there was reasonable cause for the institution of these proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: October 09, 2015

_____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE